# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO OJEDA, | CASE NO. 1:05-cv-00948-AWI-SMS PC |
| Plaintiff, | ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| J. M. FUENTES, et al., | |
| Defendants. | (Doc. 11) |

Plaintiff Armando Ojeda ("plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on July 25, 2005. The court screened plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief under section 1983 against defendants Fuentes, Montana, and Parks under the Eighth Amendment for failure to protect plaintiff from harm and a claim under California law for negligence arising out of the attack on plaintiff.[1] Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002). Accordingly, it is HEREBY ORDERED that:

---

[1] In a Findings and Recommendations issued concurrently with this order, the court recommended that plaintiff's Eighth Amendment medical care claim and state law negligence claims arising out of defendant Fuentes' failure to train defendants Montana and Parks and the maintenance of the prison facilities be dismissed, with prejudice, for failure to state a claim upon which relief may be granted.

1

1. Service is appropriate for the following defendants:

    LT. J. FUENTES

    SGT. J. MONTANA

    C/O V. PARKS

2. The Clerk of the Court shall send plaintiff three (3) USM-285 forms, three (3) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed May 15, 2006.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Four (4) copies of the endorsed amended complaint filed May 15, 2006.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:    April 2, 2007**              /s/ Sandra M. Snyder
icido3                                   UNITED STATES MAGISTRATE JUDGE