UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO OJEDA,<br><br>            Plaintiff,<br><br>vs.<br><br>J.M. FUENTES, et al.,<br><br>            Defendants.<br>_____/ | 1:05-cv-00948-AWI-SMS PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 16)<br><br>**ORDER DISMISSING CERTAIN CLAIMS** (Doc. 11) |

Plaintiff Armando Ojeda ("plaintiff"), a former state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 3, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days.  To date, plaintiff has not filed any objection to the Magistrate Judge's Findings and Recommendations.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed April 3, 2007, is ADOPTED IN FULL;

2. This shall action proceed on plaintiff's amended complaint, filed May 15, 2006, against defendants Fuentes, Montana, and Parks under the Eighth Amendment for failure to protect plaintiff from harm and under California law for negligence arising out of the attack on plaintiff; and,

3. Plaintiff's Eighth Amendment medical care claim and state negligence claims arising out of defendant Fuentes' failure to train defendants Montana and Parks and the maintenance of the prison facilities are DISMISSED, with prejudice, for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED.

**Dated:   June 2, 2007**            /s/ Anthony W. Ishii
                                     UNITED STATES DISTRICT JUDGE