IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ARMANDO OJEDA,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**J.M. FUENTES, et al.,**<br><br>　　　　　　　　　　Defendants. | No. 1:05-cv-00948-AWI-SMS (PC)<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>(Doc. 27) |

　　　　Defendants Fuentes, Parks, and Montana filed a request for an extension of time to respond to Plaintiff's amended complaint. Good cause appearing, Defendants are granted an additional thirty-one days, to and including Monday, August 27, 2007, to respond to Plaintiff's amended complaint.

IT IS SO ORDERED.

**Dated:　August 14, 2007**　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE