# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ARMANDO OJEDA,

                   Plaintiff,

    v.

J. M. FUENTES, et al.,

                  Defendants.

_____/

CASE NO. 1:05-cv-00948-AWI-SMS PC

ORDER REQUIRING DEFENDANT FUENTES TO FILE RESPONSE TO COMPLAINT WITHIN TWENTY DAYS OR DEFAULT WILL BE ENTERED AGAINST HIM

(Doc. 32)

ORDER DIRECTING CLERK'S OFFICE TO SERVE THIS ORDER ON DEFENDANT FUENTES AT TWO ADDRESSES

Plaintiff Armando Ojeda ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on July 25, 2005, and it is proceeding on Plaintiff's amended complaint against Defendants Fuentes, Montana, and Parks failing to protect Plaintiff from harm, in violation of the Eighth Amendment of the United States Constitution, and under California law for negligence.

Personal service was executed on Defendant Fuentes on April 21, 2008.[1]  More than twenty days have passed and Defendant Fuentes has not filed an answer or motion responsive to the amended complaint.  Fed. R. Civ. P. 12.

Accordingly, it is HEREBY ORDERED that:

1.      Defendant Fuentes has **twenty (20) days** from the date of service of this order within which to file a response to the amended complaint;

---

[1] Defendants Montana and Parks filed an answer to the amended complaint on August 27, 2007.

1

2.   The failure to file a response within twenty days will result in the entry of default against Defendant Fuentes; and

3.   The Clerk's Office shall serve a copy of this order on Defendant Fuentes at both addresses provided by the United States Marshal.

IT IS SO ORDERED.

**Dated:   July 7, 2008**                    **/s/ Sandra M. Snyder**
                              UNITED STATES MAGISTRATE JUDGE