# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO OJEDA, | CASE NO. 1:05-cv-00948-AWI-SMS PC |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF THE PRETRIAL DISPOSITIVE MOTION DEADLINE |
| v. | |
| J. M. FUENTES, et al., | (Doc. 36) |
| Defendants. | New Dispositive Motion Deadline: 12/17/08 |

On August 5, 2008, Defendants Montana, Parks, and Fuentes filed a motion seeking an extension of the pretrial dispositive motion deadline to August 28, 2008. For Defendants Montana, Parks, and Plaintiff, the deadline is August 7, 2008, pursuant to the scheduling order filed on September 19, 2007.

Service on Defendant Fuentes occurred much later in this action and he made an appearance on July 17, 2008. In a separate order issued concurrently with this order, the Court issued the scheduling order applicable to Defendant Fuentes and Plaintiff as to Plaintiff's claim against Fuentes. Pursuant to that order, the pretrial dispositive motion deadline is December 17, 2008, and the Court ordered that the deadline be applicable to all parties.

///
///
///
///
///

1

Accordingly, in light of the issuance of that scheduling order, Defendants' motion for an extension of the pretrial dispositive motion deadline is HEREBY GRANTED, and the deadline is December 17, 2008.

IT IS SO ORDERED.

**Dated:   August 7, 2008**           /s/ Sandra M. Snyder
                                                        UNITED STATES MAGISTRATE JUDGE